**2011–0836.   Blackshear v. Santiago.**
In Habeas Corpus. On petition for writ of habeas corpus of Nigel Blackshear. Sua sponte, cause dismissed.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., concur.

PFEIFER, LANZINGER, and McGEE BROWN, JJ., dissent and would order a return on the writ.

## MOTION AND PROCEDURAL RULINGS

**2010–1335.   Am. Chem. Soc. v. Leadscope, Inc.**
Franklin App. No. 08AP–1026, 2010-Ohio-2725. On motion to dismiss appeal and motion to strike merit brief. Motions denied.

**2010–1483.   State v. Scott.**
Cuyahoga App. No. 91890, 2010-Ohio-3057. On motion for bail pending appeal. Motion denied.

**2010–1899.   State v. Brown.**
Hamilton App. No. C–100050, 2010-Ohio-4599. On demand for findings of fact and conclusions of law. Demand denied.

**2010–1975.   State v. Lampkin.**
Lucas App. No. L–09–1270, 2010-Ohio-4934 and 2010-Ohio-5988. On motion for relief from stay. Motion denied.

PFEIFER and LANZINGER, JJ., dissent.

**2010–2232.   State v. Lampkin.**
Lucas App. No. L–09–1270, 2010-Ohio-4934 and 2010-Ohio-5988. On motion for relief from stay. Motion denied.

LANZINGER, J., dissents.

**2011–0184.   State ex rel. Ricks v. Trim.**
In Habeas Corpus. On motion for clarity of dismissal. Motion denied.

**2011–0229.   Ali v. Kasich.**
In Habeas Corpus. On motion for default judgment. Motion denied.

**2011–0529.   Myers v. Brown.**
Stark App. No. 2010–CA–00238, 2011-Ohio-892. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2010–2148, *Havel v. Villa St. Joseph,* Cuyahoga App. No. 94677, 2010-Ohio-5251, and briefing schedule stayed.

**2011–0621.   Lawrence v. Youngstown.**
Mahoning App. No. 09 MA 189, 2011-Ohio-998. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 4 of the court of appeals' Journal Entry filed April 8, 2011:

"R.C. 4123.90 requires the action to be filed within one hundred eighty days 'immediately following the discharge, demotion, reassignment, or punitive action taken' and requires the employer to receive written notice of the claimed violation within ninety days 'immediately following the discharge, demotion, reassignment, or punitive action taken.' Does the quoted portion of the statute mean the time limits begin to run on the effective date of discharge or when considering R.C. 4123.95's directive for liberal construction does R.C. 4123.90 mean the time limits begin to run upon receiving notice of the discharge?"

PFEIFER and McGEE BROWN, JJ., dissent.

The conflict cases are *Mechling v. K-Mart Corp.* (1989), 62 Ohio App.3d 46, and *O'Rourke v. Collingwood Health Care, Inc.* (Apr. 15, 1988), Lucas App. No. L–87–345.

**2011–0629.   State v. Lewis.**
Fayette App. No. CA2010–08–017, 2011-Ohio-415. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, C.J., and LUNDBERG STRATTON and McGEE BROWN, JJ., dissent.